## RECONSIDERATION OF PRIOR DECISIONS

**2010–2011.  Columbus v. Flowers.**
Franklin App. No. 10AP–32, 2010-Ohio-5081. Reported at 128 Ohio St.3d 1412, 2011-Ohio-828, 942 N.E.2d 385. On motion for reconsideration. Motion denied.

**2010–2123.  Cireddu v. Clough.**
Lake App. No. 2010–L–008, 2010-Ohio-5401. Reported at 128 Ohio St.3d 1413, 2011-Ohio-828, 942 N.E.2d 385. On motion for reconsideration. Motion denied.

**2010–2124.  Taylor Bros., L.L.C. v. Mandel.**
Hamilton App. No. C–100032, 2010-Ohio-5204. Reported at 128 Ohio St.3d 1413, 2011-Ohio-828, 942 N.E.2d 385. On motion for reconsideration. Motion denied.
   O'DONNELL, J., dissents.

**2010–2143.  Columbus v. Cooper.**
Franklin App. No. 10AP–325, 2010-Ohio-5210. Reported at 128 Ohio St.3d 1414, 2011-Ohio-828, 942 N.E.2d 385. On motion for reconsideration. Motion denied.
   O'DONNELL, J., dissents.

**2010–2154.  Wilson v. Whitmore.**
Cuyahoga App. No. 94720, 2010-Ohio-5489. Reported at 128 Ohio St.3d 1425, 2011-Ohio-1049, 943 N.E.2d 572. On motion for reconsideration. Motion denied.

**2010–2207.  State v. Arnold.**
Franklin App. No. 07AP–789, 2010-Ohio-5622. Reported at 128 Ohio St.3d 1426, 2011-Ohio-1049, 943 N.E.2d 573. On motion for reconsideration. Motion denied.
   PFEIFER and O'DONNELL, JJ., dissent.
   McGEE BROWN, J., not participating.